UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| DAVID DOTZENROTH, SEQUOIA AIRCRAFT CONVERSIONS, LLC, CAI CONSULTING LTD, and CHARLES WILEY DOTZENROTH,<br><br>                         Movants,<br><br>- against -<br><br>FORTRESS INVESTMENT GROUP, LLC,<br><br>                         Respondents. | Case No.:<br><br>Underlying Litigation:<br><br>*Wagner Aeronautical, Inc. v. Dotzenroth,* No. 3:21-cv-00994-L-AGS (S.D. Cal.)<br><br>District Judge: M. James Lorenz<br><br>Magistrate Judge: Andrew G. Schopler |

------------------------------------------------------------------x

**NOTICE OF MOTION AND MOTION TO TRANSFER ENFORCEMENT OF TWO SUBPOENAS ON FORTRESS INVESTMENT GROUP, LLC TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

PLEASE TAKE NOTICE, that upon the accompanying Declaration of Kenneth M. Fitzgerald, the exhibits thereto, the accompanying Memorandum of Law, and the paper and records on file in *Wagner Aeronautical, Inc. v. Dotzenroth*, No. 3:21-cv-00994-L-AGS (S.D. Cal.), Movants David Dotzenroth, Sequoia Aircraft Conversions, LLC, CAI Consulting Ltd., and Charles Wiley Dotzenroth, will move this Court, at a date and time to be determined, for an Order, pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i) and (f), transferring enforcement of two subpoenas issued to Respondent Fortress Investment Group, LLC, from this Court to the Southern District of California.

Dated:   November 24, 2021
           New York, New York

                                                JOSHUA L. SEIFERT PLLC

                                                By: /s/ Joshua L. Seifert
                                                Joshua L. Seifert, Esq.
                                                18 West 18th Street
                                                New York, New York 10011
                                                646-470-2647
                                                jseifert@seifertpllc.com